AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Cynthia Lewis,<br>*Plaintiff,*<br>v.<br>Commissioner of Social Security Administration,<br>*Defendant.* | )<br>)<br>)  Civil Action No.  1:19-cv-03457-JMC<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus post judgment interest at the rate of ___ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other:   the decision of the Commissioner is reversed pursuant to sentence four of 42 U.S.C. § 405(g) and the action is remanded for further administrative proceedings.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge, presiding, who reversed the decision of the Commissioner and remanded the action for further administrative proceedings.

Date:   May 17, 2021                                                              *CLERK OF COURT*

                                                                                                  s/M. Nason

                                                                                    *Signature of Clerk or Deputy Clerk*